UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIE JACKSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:13CV00277 AGF |
| | ) | |
| FACEBOOK, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on its own motion. Plaintiff has submitted a civil complaint; however, plaintiff, who is proceeding pro se, has failed to utilize the Court-provided form as required by the Court's Local Rules. See L.R. 2.06. Accordingly, the Court will send plaintiff a civil complaint form and direct plaintiff to submit an amended complaint within the next thirty days. Plaintiff is warned that the filing of an amended complaint replaces the original complaint, and claims that are not realleged are deemed abandoned. E.g., In re Wireless Telephone Federal Cost Recovery Fees Litigation, 396 F.3d 922, 928 (8th Cir. 2005). If plaintiff fails to file an amended complaint within thirty days, the Court will dismiss this action without prejudice.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall mail to plaintiff a copy of the Court's Civil Complaint form.

**IT IS FURTHER ORDERED** that plaintiff shall use the form to file an amended complaint within thirty (30) days of the date of this Memorandum and Order. The amended complaint must contain all of plaintiff's claims against defendant.

**IT IS FURTHER ORDERED** that if plaintiff fails to file an amended complaint within thirty (30) days, the Court will dismiss this action without prejudice.

Dated this 25th day of February, 2013.

/s/ Audrey G. Fleissig
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE